IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| REALTEK SEMICONDUCTOR CORPORATION,<br><br>                Plaintiff,<br><br>     v.<br><br>AVAGO TECHNOLOGIES INTERNATIONAL SALES PTE. LTD., BROADCOM CORPORATION, and BROADCOM INC.,<br><br>                Defendants. | C.A. No. _____ |

## DEFENDANTS' MOTION TO FILE UNDER SEAL

Pursuant to Federal Rule of Civil procedure 5.2(d) and Local Rule of Civil Practice and Procedure for the United States District Court of Delaware 5.1.3, Defendants Avago Technologies International Sales PTE. Ltd., Broadcom Corporation, and Broadcom Inc. (collectively, the "Defendants") hereby move to file under seal the unredacted versions of a complaint and motion to expedite that Plaintiff submitted as a "confidential filing" in a Delaware state-court action that Defendants are removing to this Court under the federal removal statutes. In support of this motion, Defendants state as follows:

1.      "It is well-settled that there exists, in both criminal and civil cases, a common law public right of access to judicial proceedings and records." *In re Cendant Corp.*, 260 F.3d 183, 192 (3d Cir. 2001). A court has the supervisory power and authority to seal, however, "when justice so requires," provided the party requesting sealing demonstrates that "the interest in secrecy outweighs the presumption of access." *Leap Sys., Inc. v. MoneyTrax, Inc.*, 638 F.3d 216, 221-22 (3d Cir. 2011). The party moving to seal must show that "the material is the kind of information that courts will protect and that disclosure will work a clearly defined and serious injury to the

party seeking closure." *In re Avandia Marketing*, 924 F.3d 662, 672 (3d Cir. 2019) (citations omitted).

2. Defendants are filing contemporaneously with this motion a Notice of Removal pursuant to 28 U.S.C. § 1441, to remove this action from the Court of Chancery of the State of Delaware (the "Delaware State Court") to the United States District Court for the District of Delaware (the "Court").

3. Plaintiff Realtek Semiconductor Corporation ("Plaintiff") commenced this civil action by filing a Verified Complaint dated October 31, 2024, in the Delaware State Court, captioned *Realtek Semiconductor Corporation v. Avago Technologies International Sales PTE. LTD., et al.*, C.A. No. 2024-1127-NAC) (the "Complaint"). Plaintiff submitted the Complaint and accompanying Exhibit 1 as "confidential filings" pursuant to Rule 5.1 of the Rules of the Court of Chancery of the State of Delaware.

4. Also on October 31, 2024, Plaintiff filed a Motion for Expedited Proceedings (the "Motion"). This Motion was also submitted as a "confidential filing" pursuant to Rule 5.1 of the Rules of the Court of Chancery of the State of Delaware.

5. Defendants intend to submit the Complaint, Exhibit 1, and the Motion with their Notice of Removal, as required by 28 U.S.C. § 1446(a).

6. To avoid any possible claim that Defendants have violated the confidentiality of the material in the Complaint, Exhibit 1, and the Motion, and in accordance with the Delaware State Court's rules restricting public access to the "confidential filing" of the unredacted confidential filings, Defendants request that the Court authorize the Defendants to file the unredacted, confidentially filed version of the Complaint, Exhibit 1, and Motion under seal.

7.      In accordance with Local Rule 5.1.3 and the District of Delaware Administrative Procedures Governing Filing and Service by Electronic Means Section (G)(1), Defendants shall submit a redacted version of the Complaint, Exhibit 1, and Motion within seven (7) days their filing.

WHEREFORE, Plaintiff respectfully requests that the Court permit Defendants to file the Complaint, Exhibit 1, and Motion under seal.

| OF COUNSEL: | /s/ Kelly E. Farnan |
|---|---|
|  | Kelly E. Farnan (#4395) |
| Kristopher L. Reed | Blake Rohrbacher (#4750) |
| kris.reed@hklaw.com | Sara M. Metzler (#6509) |
| Richard L. Wynne, Jr. | Richards, Layton & Finger, P.A. |
| richard.wynne@hklaw.com | One Rodney Square |
| Adrienne E. Dominguez | 920 N. King Street |
| adrienne.dominguez@hklaw.com | Wilmington, DE 19801 |
| HOLLAND & KNIGHT LLP | (302) 651-7700 |
| One Arts Plaza | farnan@rlf.com |
| 1722 Routh Street, Suite 1500 | rohrbacher@rlf.com |
| Dallas, TX 75201 | metzler@rlf.com |
| 214-969-1700 |  |
|  | *Attorneys for Defendants* |

Dated: November 8, 2024