# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| REALTEK SEMICONDUCTOR CORPORATION,<br><br>      Plaintiff,<br><br>v.<br><br>AVAGO TECHNOLOGIES INTERNATIONAL SALES PTE. LTD., BROADCOM CORPORATION, and BROADCOM INC.,<br><br>      Defendants. | C.A. No. _____ |

## ORDER PERMITTING FILING UNDER SEAL

The Court, having considered Defendants Avago Technologies International Sales PTE. Ltd., Broadcom Corporation, and Broadcom Inc. (collectively, the "Defendants") Motion to File Under Seal, and for good cause shown, it is **HEREBY ORDERED** that:

1. Defendants' Motion is **GRANTED**;

2. Defendants are permitted to file the Complaint, Exhibit 1 and Motion under seal; and

3. Defendants shall file public versions of the Complaint, Exhibit 1, and Motion within seven (7) days from the date they were filed.

**IT IS SO ORDERED** this _____ day of November 8, 2024.

_____
United States District Court Judge

RLF1 31852704v.1