# EXHIBIT C

## IN THE COURT OF CHANCERY OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| REALTEK SEMICONDUCTOR CORPORATION, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil Action No. 2024-1127-NAC |
| AVAGO TECHNOLOGIES INTERNATIONAL SALES PTE. LTD., BROADCOM CORPORATION, and BROADCOM INC., | ) ) ) ) ) ) ) | |
| Defendants. | ) | |

## NOTICE OF FILING NOTICE OF REMOVAL

Please take notice that on November 8, 2024, Defendants Avago Technologies International Sales Pte. Ltd., Broadcom Corporation, and Broadcom Inc. (collectively, "Defendants"), pursuant to 28 U.S.C. §§ 1331, 1338, 1367, 1441, and 1446, filed a Notice of Removal with the Office of the Clerk of the United States District Court for the District of Delaware. A true copy of the Notice of Removal is attached hereto as Exhibit A.

The filing of this copy of the Notice of Removal effects removal of this case, and pursuant to 28 U.S.C. § 1446(d), "the State court shall proceed no further unless and until the case is remanded."

| | |
|---|---|
| OF COUNSEL: | /s/ Kelly E. Farnan |
| | Kelly E. Farnan (#4395) |
| Kristopher L. Reed | Blake Rohrbacher (#4750) |
|   kris.reed@hklaw.com | Sara M. Metzler (#6509) |
| Richard L. Wynne, Jr. | RICHARDS, LAYTON & FINGER, P.A. |
|   richard.wynne@hklaw.com | One Rodney Square |
| Adrienne E. Dominguez | 920 North King Street |
|   adrienne.dominguez@hklaw.com | Wilmington, Delaware 19801 |
| HOLLAND & KNIGHT LLP | (302) 651-7700 |
| One Arts Plaza | farnan@rlf.com |
| 1722 Routh Street, Suite 1500 | rohrbacher@rlf.com |
| Dallas, TX 75201 | metzler@rlf.com |
| 214-969-1700 | |

*Attorneys for Defendants Avago Technologies International Sales Pte. Ltd., Broadcom Corporation, and Broadcom Inc.*

Dated:  November 8, 2024