# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| REALTEK SEMICONDUCTOR CORPORATION, | |
| Plaintiff, | C.A. No. 24-1235-UNA |
| v. | |
| AVAGO TECHNOLOGIES INTERNATIONAL SALES PTE. LTD, BROADCOM CORP., and BROADCOM INC., | |
| Defendants. | |

**[PROPOSED] ORDER GRANTING
PLAINTIFF REALTEK SEMICONDUCTOR CORPORATION'S
<u>UNOPPOSED MOTION TO FILE UNDER SEAL</u>**

AND NOW, this ____ day of November, 2024, upon consideration of Plaintiff's Unopposed Motion to File Under Seal (the "Motion"), it is hereby ORDERED that the Motion is GRANTED.

_____
United States District Court Judge