# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| REALTEK SEMICONDUCTOR CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>AVAGO TECHNOLOGIES INTERNATIONAL SALES PTE. LTD, BROADCOM CORP., and BROADCOM INC.,<br><br>Defendants. | C.A. No. 24-1235-UNA |

## RULE 7.1.1 STATEMENT

On November 11, 2024, counsel for Plaintiff emailed counsel for Defendants to ask if Defendants oppose Plaintiff's Motion to File Under Seal. Counsel for Defendants responded that Defendants do not oppose the motion.

Dated: November 11, 2024

**K&L GATES LLP**

*/s/ Steven L. Caponi*
Steven L. Caponi (No. 3484)
Megan E. Hunt (No. 6569)
600 King Street, Suite 901
Wilmington, DE 19801
Phone: (302) 416-7000
steve.caponi@klgates.com
megan.hunt@klgates.com

*Counsel for Plaintiff*