**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| REALTEK SEMICONDUCTOR CORPORATION,<br><br>  Plaintiff,<br><br>v.<br><br>AVAGO TECHNOLOGIES INTERNATIONAL SALES PTE. LTD, BROADCOM CORP., and BROADCOM INC.,<br><br>  Defendants. | C.A. No. 24-1235-UNA |

**PLAINTIFF'S MOTION TO REMAND THE CASE TO THE
COURT OF CHANCERY OF THE STATE OF DELAWARE OR
ALTERNATIVELY TO SET A SCHEDULE FOR AN ANTI-SUIT INJUNCTION**

Plaintiff Realtek Semiconductor Corp. ("Realtek") files this Motion to Remand the Case to the Court of Chancery of the State of Delaware or Alternatively to Set a Schedule for an Anti-Suit Injunction ("Motion"). Contemporaneously with this Motion Realtek files a Brief in Support, which is fully incorporated herein by reference for all purposes.

Dated: November 11, 2024

**K&L GATES LLP**

*/s/ Steven L. Caponi*
Steven L. Caponi (No. 3484)
Megan E. Hunt (No. 6569)
600 King Street, Suite 901
Wilmington, DE 19801
Phone: (302) 416-7000
steve.caponi@klgates.com
megan.hunt@klgates.com

*Counsel for Plaintiff*