# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| REALTEK SEMICONDUCTOR CORPORATION,<br><br>　　　　Plaintiff,<br><br>v.<br><br>AVAGO TECHNOLOGIES INTERNATIONAL SALES PTE. LTD, BROADCOM CORP., and BROADCOM INC.,<br><br>　　　　Defendants. | C.A. No. 24-1235-UNA |

**[PROPOSED] ORDER GRANTING-IN-PART PLAINTIFF'S MOTION TO REMAND THE CASE TO THE COURT OF CHANCERY OF THE STATE OF DELAWARE OR ALTERNATIVELY TO SET A SCHEDULE FOR AN ANTISUIT INJUNCTION**

　　　　Upon consideration of Plaintiff's Motion to Remand the Case to the Court of Chancery of the State of Delaware or Alternatively to Set a Schedule for an Antisuit Injunction ("Motion");

　　　　IT IS HEREBY ORDERED that the Motion is GRANTED-IN-PART and the action is REMANDED to the Court of Chancery of the State of Delaware.

　　　　IT IS HEREBY FURTHER ORDERED that following remand, the Clerk of Court shall promptly close this case.

　　　　IT IS SO ORDERED this _____ day of _____, 2024.

　　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge