IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| REALTEK SEMICONDUCTOR CORPORATION,<br><br>         Plaintiff,<br><br>     v.<br><br>AVAGO TECHNOLOGIES INTERNATIONAL SALES PTE. LTD., BROADCOM CORPORATION, and BROADCOM INC.,<br><br>         Defendants. | C.A. No. 24-1235-UNA |

## MOTION AND ORDER FOR ADMISSIONS *PRO HAC VICE*

Pursuant to Local Rule 83.5 and the attached certifications, counsel moves the admissions *pro hac vice* of Kristopher L. Reed, Adrienne E. Dominguez and Richard L. Wynne, Jr. of Holland & Knight LLP, One Arts Plaza, 1722 Routh Street, Suite 1500, Dallas, Texas 75201 to represent Defendants Avago Technologies International Sales Ptd. Limited, Broadcom Corporation, and Broadcom Inc. in this matter.

 

                                                                                                  /s/ Kelly E. Farnan
                                                                                                  Kelly E. Farnan (#4395)
                                                                                                   Blake Rohrbacher (#4750)
                                                                                                   Sara M. Metzler (#6509)
                                                                                                   RICHARDS, LAYTON & FINGER, P.A.
                                                                                                   One Rodney Square
                                                                                                   920 North King Street
                                                                                                   Wilmington, DE 19801
                                                                                                   (302) 651-7700
                                                                                                   farnan@rlf.com
                                                                                                   rohrbacher@rlf.com
                                                                                                   metzler@rlf.com

                                                                            *Attorneys for Defendants Avago Technologies*
Dated: November 13, 2024          *International Sales Pte. Ltd., Broadcom*
                                                                            *Corporation, and Broadcom Inc.*

## **ORDER GRANTING MOTION**

IT IS HEREBY ORDERED that counsel's motion for admissions *pro hac vice* is granted.

_____
United States District Judge

**CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE**

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court and am admitted, practicing and in good standing as a member of the Bar of the State of Texas and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. I further certify that the fee of $50 has been paid to the Clerk of Court, or, if not paid previously, the fee payment will be submitted to the Clerk's Office upon the filing of this motion.

Date: November 12, 2024

/s/ *Kristopher L. Reed*
Kristopher L. Reed
HOLLAND & KNIGHT LLP
One Arts Plaza
1722 Routh Street, Suite 1500
Dallas, Texas 75201
Telephone:   (214) 627-1753
Facsimile:    (214) 969-1751
Email: kris.reed@hklaw.com

**CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE**

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court and am admitted, practicing and in good standing as a member of the Bar of the State of Texas and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. I further certify that the fee of $50 has been paid to the Clerk of Court, or, if not paid previously, the fee payment will be submitted to the Clerk's Office upon the filing of this motion.

Date: November 12, 2024

/s/ *Adrienne E. Dominguez*
Adrienne E. Dominguez
HOLLAND & KNIGHT LLP
One Arts Plaza
1722 Routh Street, Suite 1500
Dallas, Texas  75201
Telephone:     (214) 969-1674
Facsimile:      (214) 969-1751
Email: adrienne.dominguez@hklaw.com

**CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE**

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court and am admitted, practicing and in good standing as a member of the Bar of the State of Texas and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. I further certify that the fee of $50 has been paid to the Clerk of Court, or, if not paid previously, the fee payment will be submitted to the Clerk's Office upon the filing of this motion.

Date: November 12, 2024

/s/ *Richard L. Wynne, Jr.*
Richard L. Wynne, Jr.
HOLLAND & KNIGHT LLP
One Arts Plaza
1722 Routh Street, Suite 1500
Dallas, Texas  75201
Telephone:    (214) 969-1386
Facsimile:    (214) 969-1751
Email: richard.wynne@hklaw.com