IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| REALTEK SEMICONDUCTOR CORPORATION,<br><br>    Plaintiff,<br><br>v.<br><br>AVAGO TECHNOLOGIES INTERNATIONAL SALES PTE. LTD, BROADCOM CORP., and BROADCOM INC.,<br><br>    Defendants. | C.A. No. 24-1235-UNA<br><br>███████████████<br><br>PUBLIC VERSION FILED NOVEMBER 19, 2024 |

**PLAINTIFF'S MOTION FOR EXPEDITED
BRIEFING ON ITS MOTION TO REMAND THE CASE
TO THE COURT OF CHANCERY OF THE STATE OF DELAWARE OR
ALTERNATIVELY TO SET A SCHEDULE FOR AN ANTISUIT INJUNCTION**

Plaintiff Realtek Semiconductor Corporation ("Realtek") respectfully requests expedited briefing and consideration of Plaintiff's Motion to Remand the Case to the Court of Chancery of the State of Delaware or Alternatively to Set a Schedule for an Antisuit Injunction.

1. As explained in detail in Plaintiff's Motion for Expedited Proceedings (D.I. 2 at 176-191), which Realtek filed with its complaint in Delaware Court of Chancery, Defendants sued Realtek's customer, ████, in the Unified Patent Court and in German regional courts, alleging that ████ use of Realtek chips infringes two European patents essential to the IEEE 802.3 standards. Defendants are seeking an injunction that could likely freeze all of ████ sales in Europe (including cars manufactured in the U.S.), which would cause irreparable harm to both Realtek and its customer, ████ As Realtek explained in its motion, Defendants knew Realtek believed its products were licensed, and Defendants did nothing for years, while "Realtek and its customers relied on that understanding, making purchase and sales decisions, expending significant resources

designing their products to include Realtek integrated circuits, and developing supply chains and product strategies." Motion for Expedited Proceedings at 7 ¶ 21. Accordingly, an injunction "will cause immense harm to Realtek's reputation, will compromise its relationship with ▮ resulting in a loss of the ▮ relationship, and will upend complex supply chains." *Id.* at 14 ¶ 44. The German courts will decide whether to issue an injunction on February 20, 2025.

2.  Defendants' action against ▮ is unwarranted for two reasons: (1) Realtek's License Agreement with Defendant Avago Sales provide a license to Realtek that protects ▮ use of Realtek's chips; and (2) Defendants cannot assert the two European patents against Realtek's products because Defendants breached their contractual obligation to offer Realtek a license on Reasonable and Non-Discriminatory ("RAND") terms. Realtek filed an action in Delaware Court of Chancery on October 31, 2024, which provided enough time for expedited discovery and a resolution on the merits before February 20, 2025. Realtek repeatedly tried to contact Defendants' counsel to plan for orderly resolution of Realtek's claims but heard nothing. On Friday, November 7, Defendants filed a frivolous notice of removal for the purpose of delaying the proceedings. On Saturday, November 8, Realtek sent a detailed letter to Defendants outlining the reasons that removal is baseless. Defendants responded by letter, on November 11, 2024, and they simply repeated their frivolous arguments.

3.  Today, November 11, 2024, Realtek is filing a Motion to Remand the Case to the Court of Chancery of the State of Delaware or Alternatively to Set a Schedule for an Antisuit Injunction. Prompt remand is required so that there is sufficient time for the Delaware Court of Chancery to conclude its proceedings prior to February 20, 2025. Plaintiff, therefore, respectfully requests the Court enter the following briefing and hearing schedule:

(1) Defendants' deadline for their answering brief is Thursday, November 14, 2024;

(2) Plaintiff's deadline for a reply brief is Friday, November 15, 2024; and

(3) the Court will hold a hearing (if deemed needed) on Monday, November 18, 2024, or its next availability.

| | |
|---|---|
| Dated: November 11, 2024 | **K&L GATES LLP** |
| | */s/ Steven L. Caponi* |
| | Steven L. Caponi (No. 3484) |
| | Megan E. Hunt (No. 6569) |
| | 600 King Street, Suite 901 |
| | Wilmington, DE 19801 |
| | Phone: (302) 416-7000 |
| | steve.caponi@klgates.com |
| | megan.hunt@klgates.com |
| | |
| | *Counsel for Plaintiff* |