# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| REALTEK SEMICONDUCTOR CORPORATION,<br><br>　　　　Plaintiff,<br><br>v.<br><br>AVAGO TECHNOLOGIES INTERNATIONAL SALES PTE. LTD, BROADCOM CORP., and BROADCOM INC.,<br><br>　　　　Defendants. | C.A. No. 24-1235-UNA<br><br>██████████<br><br>**PUBLIC VERSION FILED NOVEMBER 19, 2024** |

**[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR EXPEDITED BRIEFING ON ITS MOTION TO REMAND THE CASE TO THE COURT OF CHANCERY OF THE STATE OF DELAWARE**

Upon consideration of Plaintiff's Motion to Remand the Case to the Court of Chancery of the State of Delaware or Alternatively to Set a Schedule for an Antisuit Injunction ("Motion");

IT IS HEREBY ORDERED that the Motion is GRANTED.

IT IS HEREBY FURTHER ORDERED that the Defendants shall file their answering brief by Thursday, November 14, 2024, and Plaintiff shall file its reply brief by Friday, November 15, 2024.

IT IS SO ORDERED this _____ day of _____, 2024.

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　United States District Judge