### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| REALTEK SEMICONDUCTOR CORPORATION,<br><br>    Plaintiff,<br><br>v.<br><br>AVAGO TECHNOLOGIES INTERNATIONAL SALES PTE. LTD, BROADCOM CORP., and BROADCOM INC.,<br><br>    Defendants. | C.A. No. 24-1235-GBW |

### PLAINTIFF'S MOTION FOR ALTERNATIVE SERVICE
### UNDER FED. R. CIV. P. 4(f)(3)

Plaintiff Realtek Semiconductor Corp. ("Realtek") files this Motion for Alternative Service Under Fed. R. Civ. P. 4(f)(3) (the "Motion"). Contemporaneously with this Motion Realtek files an Opening Brief in Support, which is fully incorporated herein by reference for all purposes.

Dated: November 19, 2024                    **K&L GATES LLP**

                         */s/ Steven L. Caponi*
                         Steven L. Caponi (No. 3484)
                         Megan E. Hunt (No. 6569)
                         600 King Street, Suite 901
                         Wilmington, DE 19801
                         Phone: (302) 416-7000
                         steve.caponi@klgates.com
                         megan.hunt@klgates.com

                         *Counsel for Plaintiff*