# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| REALTEK SEMICONDUCTOR CORPORATION,<br><br>      Plaintiff,<br><br>v.<br><br>AVAGO TECHNOLOGIES INTERNATIONAL SALES PTE. LTD, BROADCOM CORP., and BROADCOM INC.,<br><br>      Defendants. | C.A. No. 24-1235-GBW |

## [PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR ALTERNATIVE SERVICE UNDER FED. R. CIV. P. 4(f)(3)

Upon consideration of Plaintiff's Motion for Alternative Service Under Fed. R. Civ. P. 4(f)(3) (the "Motion");

IT IS HEREBY ORDERED that the Motion is GRANTED.  Plaintiff may serve Defendant Avago Technologies International Sales Pte. Ltd. ("Avago Sales") by sending process, by email and U.S. Mail, to Avago Sales' U.S.-based counsel who have appeared in this case.

.

IT IS SO ORDERED this _____ day of _____, 2024.

_____
United States District Judge