**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| REALTEK SEMICONDUCTOR CORPORATION,<br><br>   Plaintiff,<br><br>v.<br><br>AVAGO TECHNOLOGIES INTERNATIONAL SALES PTE. LTD, BROADCOM CORP., and BROADCOM INC.,<br><br>   Defendants. | C.A. No. 24-1235-GBW |

## RULE 7.1.1 STATEMENT

Pursuant to D. Del. LR 7.1.1, on November 18, 2024, Plaintiff's Motion for Alternative Service under Fed. R. Civ. P. 4(f)(3) was raised with counsel for Defendants during a telephonic meet and confer that included Delaware counsel for all parties, and the parties were not able to reach agreement.

Dated: November 19, 2024

**K&L GATES LLP**

*/s/ Steven L. Caponi*
Steven L. Caponi (No. 3484)
Megan E. Hunt (No. 6569)
600 King Street, Suite 901
Wilmington, DE 19801
Phone: (302) 416-7000
steve.caponi@klgates.com
megan.hunt@klgates.com

*Counsel for Plaintiff*