

Megan E. Hunt
megan.hunt@klgates.com

T +1 302 416 7014

December 2, 2024

**BY CM/ECF AND HAND DELIVERY**
The Honorable Gregory B. Williams
United States District Court for the District of Delaware
J. Caleb Boggs Federal Building
844 N. King Street - Unit 38
Room 4104
Wilmington, DE 19801

**Re:** *Realtek Semiconductor Corporation v. Avago Technologies International Sales PTE. Ltd. et al.*; **C.A. No. 24-1235-GBW**

Dear Judge Williams:

Enclosed as Exhibit A, please find the transcript of the November 25, 2024 Conference, during which Realtek fulfilled its obligations regarding Federal Rule of Civil Procedure 26(f). Also, enclosed as Exhibit B, is the email to which the parties referred during the conference.

Counsel is available at the Court's convivence should Your Honor need any additional information.

Respectfully submitted,

*/s/ Megan E. Hunt*

Megan E. Hunt (No. 6569)

cc: All counsel of record (via CM/ECF)