## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

REALTEK SEMICONDUCTOR
CORPORATION,

          Plaintiff,

       v.

AVAGO TECHNOLOGIES
INTERNATIONAL SALES PTE. LIMITED,
BROADCOM CORPORATION, and
BROADCOM INC.,

          Defendants.

C.A. No. 24-1235-GBW

## ORDER

At Wilmington this 11th day of December, 2024:

Consistent with the Memorandum Opinion issued this date, **IT IS HEREBY ORDERED** that Plaintiff's Motion to Remand the Case to the Court of Chancery of the State of Delaware or Alternatively to Set a Schedule for an Anti-suit Injunction (D.I. 8) is **GRANTED-IN-PART**. This case is **REMANDED** to the Delaware Court of Chancery. **IT IS FURTHER ORDERED THAT** any remaining motions are **DENIED** without prejudice.

The Court is issuing the accompanying opinion under seal, as portions of the parties' briefing were filed under seal. **IT IS FURTHER ORDERED** that, by no later than December 18, 2024, the parties shall file a proposed redacted version of the accompanying opinion, along with a motion supported by a declaration that contains a clear, factually detailed explanation as to why disclosure of any proposed redacted material would "work a clearly defined and serious

injury to the party seeking closure." *In re Avandia Mktg., Sales Pracs. & Prod. Liab. Litig.*, 924 F.3d 662, 672 (3d Cir. 2019).

       If the parties do not file a proposed redacted version and corresponding motion by the deadline, or if the Court determines the motion lacks a meritorious basis, the opinion will be unsealed in whole or in part.

_____

GREGORY B. WILLIAMS

UNITED STATES DISTRICT JUDGE