# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| REALTEK SEMICONDUCTOR CORPORATION,<br><br>     Plaintiff,<br><br>v.<br><br>AVAGO TECHNOLOGIES INTERNATIONAL SALES PTE. LTD, BROADCOM CORP., and BROADCOM INC.,<br><br>     Defendants. | C.A. No. 24-1235-GBW |

## PLAINTIFF REALTEK SEMICONDUCTOR CORPORATION'S
## MOTION FOR ATTORNEYS' FEES

Plaintiff Realtek Semiconductor Corporation ("Realtek") files this Motion for Attorneys' Fees under 28 U.S.C. § 1447(c) and Fed. R. Civ. P. 54(d)(2)(B) (the "Motion"). Contemporaneously with this Motion, Realtek files an Opening Brief in Support, which is fully incorporated herein by reference for all purposes.

Dated: December 26, 2024

K&L GATES LLP

*/s/ Steven L. Caponi*
Steven L. Caponi (No. 3484)
Megan E. Hunt (No. 6569)
600 King Street, Suite 901
Wilmington, DE 19801
Phone: (302) 416-7000
steven.caponi@klgates.com
megan.hunt@klgates.com

*Counsel for Plaintiff*

508850701.1